# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1107
_____

Latanya D. Blevins

*Plaintiff - Appellant*

v.

AT&T Services, Inc.

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: November 7, 2018
Filed: December 6, 2018
[Unpublished]
_____

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.
_____

PER CURIAM.

In this employment discrimination action brought under the Americans with Disabilities Act (ADA), Latanya D. Blevins appeals from the order of the District

Court[1] granting summary judgment to AT&T Services, Inc.  After de novo review, we conclude that the undisputed facts show that Blevins was not qualified to perform the essential functions of her job, with or without reasonable accommodation, and thus was not a qualified individual under the ADA.  See Peterson v. Kopp, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review); Tusing v. Des Moines Indep. Cmty. Sch. Dist., 639 F.3d 507, 518 (8th Cir. 2011) (listing the elements of a prima facie case under the ADA).  We affirm the judgment.

_____

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.